**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-51285**
_____


**JEREMY MALISH; MARIA SOLIS, Parent of Erica Solis; JULIA A.
PORFIRIO, Parent of Anne N. Porfirio,**

**Plaintiffs-Appellees,**

**versus**

**AUSTIN INDEPENDENT SCHOOL DISTRICT; PASCAL D. FORGIONE, JR.,
Individually and in his official capacity,**

**Defendants-Appellants.**

_____

**Appeal from the United States District Court
for the Western District of Texas
(A-00-CV-701-JN)**

_____

April 9, 2001

Before GARWOOD, HALL,[1] and BARKSDALE, Circuit Judges.

PER CURIAM:[2]

The district court having concluded that the Austin Independent School District's ranking policy at issue violated Texas Education Code Annotated § 51.803(a) (granting automatic admission to state undergraduate institutions to applicants who "graduated with a grade point average in the top 10 percent of the student's high school graduating class"), and our having determined

_____

[1]Circuit Judge of the Ninth Circuit, sitting by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the district court did *not* abuse its discretion in reaching that conclusion, the contested preliminary injunction is

**AFFIRMED.**